# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0884; A13A0885; A13A0886; A13A0887.  BRIAN CHRISTOPHER MURDOCH v. JENNIFER LEE MURDOCH.

Jennifer Lee Murdoch filed an application for contempt against her ex-husband, Brian Christopher Murdoch, alleging that he failed to comply with the child support provisions of their settlement agreement, which was incorporated into their divorce decree.  Brian filed a separate contempt action against Jennifer, alleging that she had failed to make mortgage payments as required by the decree.  Both parties also filed separate actions seeking modification of their child custody and visitation arrangements.  After a consolidated bench trial, the trial court entered orders resolving each of the parties' complaints.  Subsequently, on September 17, 2012, the court ordered Brian to pay $29,009.66 in attorneys fees; the court entered an identical order to this effect in each of the four cases.  Brian then filed direct appeals from the September 17 orders awarding attorneys fees.

Because the parties' contempt actions were based on alleged violations of their divorce decree, appellate jurisdiction over those cases lies in the Supreme Court.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6) (Supreme Court has jurisdiction over "[a]ll divorce and alimony cases"); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  As to the parties' custody actions, although the Court of Appeals may review cases relating solely to child custody, here they are inextricably intertwined with the contempt actions.  Therefore, in the interest of judicial economy, all four of these appeals are hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 02/07/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*